1  | SHELLIE LOTT, SBN:   246202
2  | Cerney Kreuze & Lott, LLP
   | 42 N. Sutter Street, Suite 400
3  | Stockton, California 95202
   | Telephone: (209) 948-9384
4  | Facsimile: (209) 948-0706

5  | Attorney for Plaintiff

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                        **SACRAMENTO BRANCH**

10

11

12 | ESTHER ARANDA,                          Case No.: 2:19-cv-02567-EFB

13 |               Plaintiff,

14 | vs.                                     **[proposed] ORDER EXTENDING
   |                                         PLAINTIFF'S TIME TO FILE A MOTION
15 |                                         FOR SUMMARY JUDGMENT/REMAND**
   | ANDREW SAUL,
16 | Acting Commissioner of Social Security,

17

18 |               Defendant

19

20 |        Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time

   | to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

21 |        Plaintiff shall file her Motion for Summary Judgment/Remand on or before May 7, 2020.

22 |        SO ORDERED.

23

24 | DATED:  April 23, 2020.
   |                                         _____
   |                                         HON. EDMUND F. BRENNAN
25 |                                         UNITED STATES MAGISTRATE JUDGE

26

27

28