UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ARANDA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  2:19-cv-02567-JDP<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>ECF No. 23 |

　　　Under the stipulation of the parties, ECF No. 23, attorney fees under the EAJA, in the amount of FIVE-THOUSAND SIX-HUNDRED TWENTY-FIVE dollars and FIFTY-TWO cents ($5,625.52), are awarded to plaintiff, subject to the terms of the stipulation.

　　　IT IS SO ORDERED.

Dated:　April 12, 2021　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order for the Award of Attorney Fees
Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)
2:19-cv-02567-JDP　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1